UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GORBE,
EDWARD SHARGABIAN, and
TYRON RUCKER,

        Plaintiffs,                              No. 17-11782

v.                                                   Honorable Nancy G. Edmunds

THE CITY OF LATHRUP VILLAGE,
WILLIAM ARMSTRONG, and
SCOTT MCKEE,

        Defendants.
_____/

**JUDGMENT**

      This is an employment discrimination case in which Plaintiffs Michael Gorbe, Edward Shargabian, and Tyron Rucker brought eleven counts against the City of Lathrup Village, Chief of Police Scott McKee, and former Chief William Armstrong in their second amended complaint. (ECF No. 45.) On October 28, 2019, the Court declined to exercise supplemental jurisdiction over Plaintiffs' state law claims and dismissed those claims without prejudice. (ECF No. 86.) And on March 31, 2021, the Court entered summary judgment in favor of Defendants on all but one of Plaintiffs' federal claims, dismissing those claims with prejudice. (ECF No. 112.) Finally, in an order issued this date, the Court granted Defendants' motion for partial reconsideration and entered summary judgment in favor of Defendants on the remaining federal claim, also dismissing it with prejudice.

1

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED.

SO ORDERED.

s/Nancy G. Edmunds  
Nancy G. Edmunds  
United States District Judge

Dated: April 21, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 21, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett  
Case Manager