# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 10, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 21-1532, *Michael Gorbe, et al v. City of Lathrup Village, MI, et al*
Originating Case No. 2:17-cv-11782

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for C. Anthony Milton, Case Manager

cc: Mr. Michael Gorbe
Mr. Kevin Andrew McQuillan
Mr. Tyron Rucker
Ms. Joanne G. Swanson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1532

_____

Filed: August 10, 2022

MICHAEL GORBE; TYRON RUCKER

    Plaintiffs - Appellants

v.

CITY OF LATHRUP VILLAGE, MI; WILLIAM ARMSTRONG; SCOTT MCKEE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 04/28/2022 the mandate for this case hereby issues today.

COSTS: None